IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02680-RPM

SHANE WHITTLE, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF
MARLEY COFFEE LLC,

    Plaintiffs,

v.

ROHAN MARLEY,
CEDELLA MARLEY,
JAMMIN' JAVA CORPORATION,
HOPE ROAD MERCHANDISING, LLC,
FIFTY-SIX HOPE ROAD MUSIC LIMITED,
MARLEY COFFEE ESTATE LIMITED,

    Defendants.

---

## ORDER DENYING MOTIONS FOR SANCTIONS

---

On December 23, 2014, Defendant Rohan Marley filed a pleading designated Motion for Terminating Sanctions, or, in the Alternative, Discovery and Monetary Sanctions against Plaintiff Shane Whittle [Doc. 31] and Defendant Jammin' Java Corporation joined in that motion by its own motion filed on the same day. [Doc. 23]. These motions raise issues concerning allegations of misconduct in litigation between these parties in the Superior Court of California, Los Angeles, which were never heard in that court because of the plaintiff's dismissal before a hearing on a temporary restraining order motion. The moving defendants contend that the misconduct affects their defenses in this civil action. These defendants have filed motions to dismiss this civil action which, if granted, would deprive this court of jurisdiction to rule on these matters. The motions are therefore premature and it is

ORDERED that these motions are denied.

Dated this 15th day of June, 2015.

BY THE COURT:

Richard P. Matsch, Senior District Judge