IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02680-RPM

SHANE WHITTLE, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF
MARLEY COFFEE LLC,

    Plaintiffs,

v.

ROHAN MARLEY,
CEDELLA MARLEY,
JAMMIN' JAVA CORPORATION,
HOPE ROAD MERCHANDISING, LLC,
FIFTY-SIX HOPE ROAD MUSIC LIMITED,
MARLEY COFFEE ESTATE LIMITED,

    Defendants.

_____

ORDER DEFERRING RULING ON MOTIONS TO DISMISS UNDER RULE 12(b)(2)
_____

    Hope Road Merchandising, LLC, Fifty-Six Hope Road Music Limited and Cedella Marley moved to dismiss the complaint against them for lack of personal jurisdiction. [Doc. 29]. Defendant Marley Coffee Estate Limited has also challenged personal jurisdiction in its motion to dismiss on the merits of the plaintiff's claims. [Doc. 38].

    The analysis of these jurisdictional motions depends upon the viability of the claims pleaded in the complaint. Those claims have been challenged by the Rule 12(b)(6) motions filed by the defendants. Those motions have been fully briefed. Under these circumstances it is appropriate to defer ruling on the issues of personal jurisdiction until the Rule 12(b)(6) motions have been decided.

    SO ORDERED.

    Dated: June 15, 2015.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge