**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                          July 20, 2015
Courtroom Deputy:   Robert R. Keech
FTR Technician:        Kathy Terasaki

---

Civil Action No.  **14-cv-02680-RPM**                    <u>Counsel:</u>

**SHANE WHITTLE, INDIVIDUALLY**                          Jeffrey S. Vail
**AND DERIVATIVELY ON BEHALF OF**
**MARLEY COFFEE LLC**,

      Plaintiffs,

v.

**ROHAN MARLEY,**                                         Peter J. Korneffel, Jr.
**CEDELLA MARLEY,**                                       Matthew M. Petersen
**JAMMIN' JAVA CORPORATION,**                             Ericka F. Houck Englert
**HOPE ROAD MERCHANDISING, LLC,**                         Sean D. Baker
**FIFTY-SIX HOPE ROAD MUSIC**
**LIMITED,**
**MARLEY COFFEE ESTATE LIMITED**,

      Defendants.

---

## COURTROOM MINUTES

**ORAL ARGUMENT**

**2:00 p.m.**        **Court in session.**

              Court calls case.

              Appearances of counsel.

              Pending motions to dismiss and issues are raised for argument.

2:06 p.m.        Argument by Plaintiffs by Mr. Vail.

| | |
|---|---|
| 2:19 p.m. | Argument by Defendants by Mr. Korneffel. |
| 2:40 p.m. | Argument by Defendant Jammin Java Corporation by Ms. Englert. |
| 2:42 p.m. | Argument by Defendant Marley Coffee Estate Limited by Mr. Baker. |
| 2:42 p.m. | Argument by Plaintiff by Mr. Vail. |
| 2:57 p.m. | Argument by Defendants by Mr. Korneffel. |
| 3:12 p.m. | Argument by Plaintiff by Mr. Vail. |

**ORDERED:** Defendant Jammin' Java Corporation's Motion to Dismiss [ECF Doc. No. 22], filed December 23, 2014, is **SUBMITTED.**

**ORDERED:** The Marley Defendants' Motion to Dismiss [ECF Doc. No. 27], filed December 23, 2014, is **SUBMITTED.**

**3:15 p.m.**     **Court in recess.**

**Hearing concluded.  Total time:   1 hours and 15 min.**