IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2014-CV-002680-RPM-KLM

SHANE WHITTLE, INDIVIDUALLY,

    Plaintiff,

v.

ROHAN MARLEY,
CEDELLA MARLEY,
JAMMIN' JAVA CORPORATION,
HOPE ROAD MERCHANDISING, LLC,
FIFTY-SIX HOPE ROAD MUSIC LIMITED,
MARLEY COFFEE ESTATE LIMITED,

    Defendants.

___

**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

___

This matter having come before the Court on Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint ("Motion") [Doc. 74], the Court having reviewed the Motion, and being fully apprised in the premises:

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and Plaintiff's Second Amended Complaint is accepted as FILED.

DATED: September 21st, 2015

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge