IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2014-CV-2680

SHANE WHITTLE, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF
MARLEY COFFEE LLC,

 Plaintiffs,

v.

ROHAN MARLEY,
CEDELLA MARLEY,
JAMMIN' JAVA CORPORATION,
HOPE ROAD MERCHANDISING, LLC,
FIFTY-SIX HOPE ROAD MUSIC LIMITED,
MARLEY COFFEE ESTATE LIMITED,

 Defendants.

----------------------------------------------------------------x

ROHAN MARLEY,

 Counterclaimant,

v.

SHANE WHITTLE,
ROES 1-50, inclusive,

 Counter-Defendants.

**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this action hereby file notice of stipulated dismissal <u>with</u> <u>prejudice</u> of all claims and counterlcaims asserted herein, with each party to bear their own attorneys' fees and costs.

Dated:  May 19, 2016.

By: *Jeffrey S. Vail*
    Jeffrey S. Vail
    Vail Law LLC
    5299 DTC Blvd., Ste. 1101
    Greenwood Village, CO 80111
    Phone/Fax:  303-800-8237
    jvail@vail-law.com
    *Attorney for Plaintiff SHANE WHITTLE*

By:  *Peter Korneffel*
    Peter Korneffel
    Bryan Cave LLP
    1700 Lincoln Street, Suite 4100
    Denver, CO 80203-4541
    Phone:  303-866-0233
    Fax: 303-866-0200
    peter.korneffel@bryancave.com
    *Attorneys for Defendants ROHAN MARLEY, CEDELLA MARLEY, HOPE ROAD MERCHANDISING, LLC, and FIFTY-SIX HOPE ROAD MUSIC LIMITED, and Counterclaimant ROHAN MARLEY*

By: *Ericka Houck Englert*
    Ericka Houck Englert
    Lewis Bess Williams & Weese, P.C.
    1801 California Street, Suite 3400
    Denver, CO 80202
    Phone:  303-861-2828
    eenglert@lewisbess.com
    *Attorney for Defendant JAMMIN' JAVA CORPORATION*

By:  *Sean D. Baker*
    Sean D. Baker
    Crux Legal LLC
    112 N. Rubey Dr., Suite 120
    Golden, CO 80403
    baker@cruxlegal.com
    *Attorney for MARLEY COFFEE ESTATE LIMITED*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 19, 2016, a true and correct copy of the foregoing **NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE** was filed with the Clerk of Court using the CM/ECF system which will serve such filing on the following:

Peter J. Korneffel, Jr.
Bryan Cave LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
Phone: 303-866-0233
Fax: 303-866-0200
peter.korneffel@bryancave.com
*Attorneys for Defendants ROHAN MARLEY, CEDELLA MARLEY, HOPE ROAD MERCHANDISING, LLC, and FIFTY-SIX HOPE ROAD MUSIC LIMITED*

Sean D. Baker
Crux Legal LLC
112 N. Rubey Dr., Suite 120
Golden, CO 80403
baker@cruxlegal.com
*Attorney for MARLEY COFFEE ESTATE LIMITED*

Ericka Houck Englert
Lewis Bess Williams & Weese, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Phone: 303-861-2828
eenglert@lewisbess.com
*Attorney for JAMMIN' JAVA CORPORATION*

          *s/Jeffrey S. Vail*